RECEIVED
IN LAKE CHARLES, LA
NOV 19 2012
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **KENYON BUDWINE**<br>**LA. DOC #502111** | **CIVIL ACTION NO. 2:11-cv-2079**<br>**SECTION P** |
| VS. | **JUDGE PATRICIA MINALDI** |
| **WARDEN TERRY TERRELL** | **MAGISTRATE JUDGE KATHLEEN KAY** |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation [Doc. 6] of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**ORDERED** that this petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted.

Lake Charles, Louisiana, on this ___16___ day of ___November___ 2012.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE